NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

RUTHERFORD CONTROLS INT'L CORP., a
Canadian Corporation and RUTHERFORD
CONTROLS INT'L CORP., a Virginia Corporation,
*Plaintiffs-Appellants,*

v.

VANGUARD SECURITY ENGINEERING CORP.,
LTD.,
*Defendant,*

and

SECURITY DOOR CONTROLS, INC.,
*Defendant-Appellee.*

2010-1113

Appeal from the United States District Court for the
Eastern District of Virginia in No. 08-CV-0369, Judge
Henry E. Hudson.

**JUDGMENT**

WILLIAM C. BERGMANN, Baker & Hostetler LLP, of
Washington, DC, argued for plaintiffs-appellants. With
him on the brief were MARK H. TIDMAN and A. NEAL SETH.

STEPHEN E. NOONA, Kaufman & Canoles, P.C., of
Norfolk, Virginia, argued for defendant-appellee. Of
counsel on the brief was JAYE G. HEYBL, Koppel, Patrick,
Heybl & Dawson, of Westlake Village, California.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, MAYER, and SCHALL, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| July 14, 2010 | /s/ Jan Horbaly |
|:---:|:---:|
| Date | Jan Horbaly |
| | Clerk |